# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HMZ RETAIL, LP, a California limited partnership; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:21-cv-02826-RGK-JC<br><br>*Hon. R. Gary Klausner*<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed:　April 1, 2021<br>Trial Date:　　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' action against Defendant HMZ Retail LP is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: July 8, 2021

Hon. R. Gary Klausner
United States District Judge